United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 20-13637-mdc
Dawn Elizabeth Weimar                                                 Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2        User: Antoinett        Page 1 of 1              Date Rcvd: Sep 14, 2020
                            Form ID: 130           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 16, 2020.
db             +Dawn Elizabeth Weimar,    724 Wood Street,    Bristol, PA 19007-5210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust            +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Sep 15 2020 04:24:50     Frederic J. Baker,
                Office of United States Trustee,    200 Chestnut Street,    Suite 502,
                Philadelphia, PA 19106-2908
                                                                                              TOTAL: 1

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 16, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 14, 2020 at the address(es) listed below:
              JEFFERY A. FOURNIER    on behalf of Debtor Dawn Elizabeth Weimar jefffournier@verizon.net
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 2

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re:  
    Dawn Elizabeth Weimar  
              Debtor(s)

Chapter: 13

Bankruptcy No: 20–13637–mdc

***O R D E R***

**AND NOW,** this 14th day of September, 2020 , the debtor having failed to file or submit with the petition all of the documents required by Fed. R. Bankr. P. 1007,

It is hereby ORDERED that:

1. This case **MAY BE DISMISSED WITHOUT FURTHER NOTICE** if the documents listed below are not filed by deadline also listed below:

    <u>Documents and Deadline</u>

    Atty Disclosure Statement due 09/24/2020  
    Chapter 13 Plan due by 09/24/2020  
    Chapter 13 Statement of Your Current Monthly Income and  
    Calculation of Commitment Period Form 122C–1(old)Due 09/24/2020  
    Means Test Calculation Form 122C–2 – If Applicable – Due: 09/24/2020  
    Schedule A/B due 09/24/2020  
    Schedule C due 09/24/2020  
    Schedule G due 09/24/2020  
    Schedule H due 09/24/2020  
    Schedule I due 09/24/2020  
    Schedule J due 09/24/2020  
    Statement of Financial Affairs due 09/24/2020  
    Summary of Assets and Liabilities Form B106 due 09/24/2020

2. Any request for an extension of time must be filed prior to the expiration of the deadlines listed above in Paragraph 1.

By the Court

Magdeline D. Coleman  
Chief Judge , United States Bankruptcy Court

9  
Form 130