UNITED STATES BANKRUPTCY COURT
EASTER DISTRICT OF PENNSYLVANIA

In Re:  Dawn Elizabeth Weimar             : Chapter 13
               **Debtor**            :
                                                 : Bankruptcy No. 20-13637-MDC
                                                 :
                                                 : Motion for Extension of Time
                                                 : to File Chapter 13 Schedules and
                                                 : Other Required Documents

CERTIFICATION OF SERVICE
OF MOTION FOR EXTENSION OF TIME TO FILE
CHAPTER 13 SCHEDULES AND OTHER REQUIRED DOCUMENTS

    I, Jeffery A. Fournier, Esquire, hereby certify that I served a copy of the above Motion and proposed Order to the below listed parties by first class prepaid postage mail and/or electronically on September 23, 2020.

| | |
|---|---|
| U. S. Trustee's Office | (Electronically) |
| William C. Miller, Trustee | (Electronically) |
| Nationstar Mortgage LLC | (Electronically) |
| Matrix - See Attached | (Regular Mail) |

                                                /s/ Jeffery A. Fournier, Esquire
                                                Jeffery A. Fournier, Esquire
                                                Attorney for Debtor

Nationstar Mortgage LLC
8950 Cypress Waters Blvd.
Coppell, TX   75019

Linear Mortgage LLC
1970 Main Street, Suite 201
Sarasota, FL   34236

PA Dept. of Revenue
Dept. 280948
Harrisburg, PA   17128

Borough of Bristol
250 Pond Street
Bristol, PA   19007

PA Dept. of Labor & Industry
1171 S. Cameron Street
Harrisburg, PA   17104

KML Law Group
Kevin G. McDonald, Esquire
701 Market Street, Suite 500
Philadelphia, PA   19103

William J. Salerno, Esquire
220 Radcliffe Street
Bristol, PA   19007

Target Card Services
P. O. Box 660170
Dallas, TX   75266

Synchrony Bank / JC Penney
P. O. Box 960090
Orlando, FL   32896

Merrick Bank / Visa
P. O. Box 660702
Dallas, TX   75266

Capital One / Walmart
P. O. Box 71087
Charlotte, NC   28272

AT & T Services Inc.
One AY & T Way, Suite 3A104
Bedminster, NJ   07921

Sam's Club / Synchrony Bank
P.. O Box 530942
Atlanta, GA   30353

Verizon
P. O. Box 15124
Albany, NY   12212

Bristol Borough Water & Sewer Authority
250 Pond Street
Bristol, PA   19007

Fortiva Credit Card
P. O. Box 650847
Dallas, TX   75265

Capital One
P. O. Box 71083
Charlotte, NC   28272

Credit One Bank
 P. O. Box 60500
City of Industry, CA   91716

Synchrony Bank/JC Penney
P. O. Box 960090
Orlando, FL   32896

Merrick Bank / Visa
P. O. Box 660702
Dallas, TX   75266

Discover
P. O. Box 6103
Carol Stream, IL   60197

Macy's
P. O. Box 78008
Phoenix, AZ   85062

Target Card Services
P. O. Box 660170
Dallas, TX   75266

Comenity - Victoria's Secret
P. O. Box 659728
San Antonio, TX   78265

Internal Revenue Service