UNITED STATES BANKRUPTCY COURT
EASTER DISTRICT OF PENNSYLVANIA

**In Re: Dawn Elizabeth Weimar** : Chapter 13
          **Debtor** :
: Bankruptcy No. 20-13637-MDC
:
: Motion for Extension of Time
: to File Chapter 13 Schedules and
: Other Required Documents

### ORDER GRANTING ADDITIONAL TIME TO FILE
### CHAPTER 13 SCHEDULES AND OTHER DOCUMENTS

It is HEREBY ORDERED that the Debtor herein shall have until **October 25, 2020** to file the following documents as required by Fed. R. Bankr. P. 1007: The Chapter 13 Plan; Attorney Disclosure Statement; Means Test Calculation Form 122-C1 and 122-C2 (if applicable);
Schedule A/B; Schedule C; Schedule G; Schedule H; Schedule I; Schedule J; Statement of Financial Affairs; Summary of Assets and Liabilities;

Any request for an extension of time must be filed prior to the expiration of the deadlines listed above.

BY THE COURT:

Date: September 24, 2020

*Magdeline D. Coleman*
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge