```
                         United States Bankruptcy Court
                         Eastern District of Pennsylvania
```

In re:                                                          Case No. 20-13637-mdc
Dawn Elizabeth Weimar                                           Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2           User: Keith              Page 1 of 1              Date Rcvd: Sep 24, 2020
                               Form ID: pdf900          Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 26, 2020.
db             +Dawn Elizabeth Weimar,    724 Wood Street,    Bristol, PA 19007-5210

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
ust             +E-mail/Text: ustpregion03.ph.ecf@usdoj.gov Sep 25 2020 04:46:20      Frederic J. Baker,
                 Office of United States Trustee,    200 Chestnut Street,    Suite 502,
                 Philadelphia, PA 19106-2908
                                                                                              TOTAL: 1

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 26, 2020                               Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 24, 2020 at the address(es) listed below:
              JEFFERY A. FOURNIER    on behalf of Debtor Dawn Elizabeth Weimar jefffournier@verizon.net
              REBECCA ANN SOLARZ    on behalf of Creditor    NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
               bkgroup@kmllawgroup.com
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
                                                                                              TOTAL: 3

## UNITED STATES BANKRUPTCY COURT
## EASTER DISTRICT OF PENNSYLVANIA

**In Re: Dawn Elizabeth Weimar**             : Chapter 13
                     **Debtor**       :
                                                      : Bankruptcy No. 20-13637-MDC
                                                      :
                                                      : Motion for Extension of Time
                                                      : to File Chapter 13 Schedules and
                                                      : Other Required Documents

## ORDER GRANTING ADDITIONAL TIME TO FILE
## CHAPTER 13 SCHEDULES AND OTHER DOCUMENTS

It is HEREBY ORDERED that the Debtor herein shall have until **October 25, 2020** to file the following documents as required by Fed. R. Bankr. P. 1007: The Chapter 13 Plan; Attorney Disclosure Statement; Means Test Calculation Form 122-C1 and 122-C2 (if applicable);
Schedule A/B; Schedule C; Schedule G; Schedule H; Schedule I; Schedule J; Statement of Financial Affairs; Summary of Assets and Liabilities;

Any request for an extension of time must be filed prior to the expiration of the deadlines listed above.

BY THE COURT:

Date: September 24, 2020

*Magdeline D. Coleman*
Magdeline D. Coleman
Chief U.S. Bankruptcy Judge