**Fill in this information to identify your case:**

Debtor 1  __Dawn__  __Elizabeth__  __Weimar__
            First Name   Middle Name   Last Name

Debtor 2  _____
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: __Eastern__ District of __Pennsylvania__

Case number  __20-13637-MDC__
(If known)

☑ Check if this is an amended filing

**Schedules A/B, C, G, H, I, J**

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules    12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Sign Below

**Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?**

☑ No

☐ Yes. Name of person_____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

**Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.**

✗ **/s/ Dawn Elizabeth Weimar**          ✗ _____
Signature of Debtor 1                      Signature of Debtor 2

Date **10/22/2020**                        Date _____
    MM / DD / YYYY                             MM / DD / YYYY

**pdf**

Official Form 106Dec          **Declaration About an Individual Debtor's Schedules**