UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| In Re:  Dawn Elizabeth Weimar | : | Chapter: 13 |
|  | : |  |
| Debtors | : | Bankruptcy No. 20-13637-MDC |
|  | : |  |
|  | : | Certification of Service, Initial |
|  | : | Chapter 13 Plan |
|  | : |  |

CERTIFICATION OF SERVICE OF
INITIAL CHAPTER 13 PLAN

I, Jeffery A. Fournier, Esquire, hereby certify that I served that the INITIAL CHAPTER 13 PLAN was served to the interested parties listed below by first class prepaid postage mail and/or electronically on October 23, 2020:

U.S. Department of Justice
Office of the United States Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA 19107 (electronically)

William C. Miller, Trustee (electronically)

Nationstar Mortgage (electronically)

Attached Matrix

/S/  Jeffery A. Fournier, Esquire
Jeffery A. Fournier, Esquire
Attorney for Debtors

Nationstar Mortgage LLC
8950 Cypress Waters Blvd.
Coppell, TX  75019

Linear Mortgage LLC
1970 Main Street, Suite 201
Sarasota, FL  34236

PA Dept. of Revenue
Dept. 280948
Harrisburg, PA  17128

Borough of Bristol
250 Pond Street
Bristol, PA  19007

PA Dept of Labor & Industry
1171 S. Cameron Street
Harrisburg, PA  17104

KML Law Group
Kevin G. McDonald, Esquire
701 Market Street, Suite 500
Philadelphia, PA  19103

William J. Salerno, Esquire
220 Radcliffe Street
Bristol, PA  19007

Target Card Services
P. O. Box 660170
Dallas, TX  75266

Synchrony Bank / JC Penney
P. O. Box 960090
Orlando, FL  32896

Merrick Bank / Visa
P. O. Box 660702
Dallas, TX  75266

Capital One / Walmart
P. O. Box 71087
Charlotte, NC  28272

AT & T Services Inc.
One AY & T Way, Suite 3A104
Bedminster, NJ  07921

Sam's Club / Synchrony Bank
P.. O Box 530942
Atlanta, GA  30353

Verizon
P. O. Box 15124
Albany, NY  12212

Bristol Borough Water & Sewer Authority
250 Pond Street
Bristol, PA  19007

Fortiva Credit Card
P. O. Box 650847
Dallas, TX  75265

Capital One
P. O. Box 71083
Charlotte, NC  28272

Credit One Bank
 P. O. Box 60500
City of Industry, CA  91716

Synchrony Bank/JC Penney
P. O. Box 960090
Orlando, FL  32896

Merrick Bank / Visa
P. O. Box 660702
Dallas, TX  75266

Discover
P. O. Box 6103
Carol Stream, IL  60197

Macy's
P. O. Box 78008
Phoenix, AZ  85062

Target Card Services
P. O. Box 660170
Dallas, TX  75266

Comenity - Victoria's Secret
P. O. Box 659728
San Antonio, TX  78265

Internal Revenue Service
600 Arch Street
Philadelphia, PA 19106

Pennsylvania Dept. of Revenue
P.O. Box 280946
Harrisburg, PA 17128