| CO. | DIV. | CREW. | EMPL. NO. | EMPLOYEE NAME | TRADE | PERIOD END DATE | DEPT./LAST JOB | CHECK NO. |
|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 5 | | DAWN E WEIMAR | TEAMSTER | 08/09/2020 | | 56 |

| EARNINGS | | | | DEDUCTIONS/BENEFITS | | |
|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | RATE | AMOUNT | DESCRIPTION | AMOUNT | Y.T.D. AMOUNT |
| REGULAR HOURS | 9.00 | 30.720 | 276.48 | PA ST INCOME TX | 40.06 | 1,228.40 |
| REGULAR HOURS | 31.00 | 31.283 | 969.76 | NR-PHILA | 9.68 | 221.55 |
| OVERTIME HOURS | 1.25 | 46.925 | 58.66 | TOWNSHIP | 10.28 | 335.92 |
| | | | | SUTA BURDEN-PA | .78 | 23.99 |
| | | | | DD-CK-KEYSTONE* | 1,032.70 | 31,122.97 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| CURRENT | 1,304.90 | 111.58 | 99.82 | 40.06 | 20.74 | 272.20 | NET PAY | |
| Y.T.D. | 40,012.13 | 3,226.60 | 3,060.97 | 1,228.40 | 581.46 | .00 | **1,032.70 | |
| | GROSS EARNINGS | FEDERAL WITH. TAX | F.I.C.A. | STATE TAXES | LOCAL TAXES | TOTAL TAXES/DED. | | |

---

JAMES D. MORRISSEY, INC.  
9119 FRANKFORD AVENUE  
PHILADELPHIA, PA 19114

M & T Bank

60-295 / 313

**CHECK DATE**  
08/14/2020

**CHECK NO**  
56

**CHECK AMOUNT**

PAY       *******VOID CHECK*******   *******VOID CHECK*******

*******VOID CHECK*******

TO  
THE  
ORDER  
OF  

DAWN E WEIMAR   5050  
724 WOOD ST.  
BRISTOL, PA 19007

  

| CO. | DIV. | CREW. | EMPL. NO. | EMPLOYEE NAME | TRADE | PERIOD END DATE | DEPT./LAST JOB | CHECK NO. |
|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 5 | ███ | DAWN E WEIMAR | TEAMSTER | 08/16/2020 | ███ | ███25 |

| EARNINGS ||||  DEDUCTIONS/BENEFITS |||
|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | RATE | AMOUNT | DESCRIPTION | AMOUNT | Y.T.D. AMOUNT |
| REGULAR HOURS | 40.00 | 31.283 | 1,251.30 | PA ST INCOME TX | 38.42 | 1,266.82 |
|  |  |  |  | TOWNSHIP | 12.51 | 348.43 |
|  |  |  |  | SUTA BURDEN-PA | .75 | 24.74 |
|  |  |  |  | DD-CK-KEYSTONE* | 998.75 | 32,121.72 |

|  | GROSS EARNINGS | FEDERAL WITH. TAX | F.I.C.A. | STATE TAXES | LOCAL TAXES | TOTAL TAXES/DED. | NET PAY |
|---|---|---|---|---|---|---|---|
| CURRENT | 1,251.30 | 105.15 | 95.72 | 38.42 | 13.26 | 252.55 |  |
| Y.T.D. | 41,263.43 | 3,331.75 | 3,156.69 | 1,266.82 | 594.72 | .00 | **998.75 |

---

JAMES D. MORRISSEY, INC.
9119 FRANKFORD AVENUE
PHILADELPHIA, PA 19114

M & T Bank

60-295 / 313

**CHECK DATE** 08/21/2020

**CHECK NO** ███25

**CHECK AMOUNT**

PAY     *******VOID CHECK*******   *******VOID CHECK*******

*******VOID CHECK*******

TO THE ORDER OF

DAWN E WEIMAR  5050
724 WOOD ST.
BRISTOL, PA 19007

| CO. | DIV. | CREW | EMPL. NO. | EMPLOYEE NAME | TRADE | PERIOD END DATE | DEPT./LAST JOB | CHECK NO. |
|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 5 |  | DAWN E WEIMAR | TEAMSTER | 08/23/2020 |  | 93 |

| EARNINGS |||| DEDUCTIONS/BENEFITS |||
|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | RATE | AMOUNT | DESCRIPTION | AMOUNT | Y.T.D. AMOUNT |
| REGULAR HOURS | 40.00 | 33.170 | 1,326.80 | PA ST INCOME TX | 40.73 | 1,307.55 |
|  |  |  |  | TOWNSHIP | 13.27 | 361.70 |
|  |  |  |  | SUTA BURDEN-PA | .80 | 25.54 |
|  |  |  |  | DD-CK KEYSTONE* | 1,056.29 | 34,176.76 |

|  | GROSS EARNINGS | FEDERAL WITH. TAX | F.I.C.A. | STATE TAXES | LOCAL TAXES | TOTAL TAXES/DED. | NET PAY |
|---|---|---|---|---|---|---|---|
| CURRENT | 1,326.80 | 114.21 | 101.50 | 40.73 | 14.07 | 270.51 |  |
| Y.T.D. | 43,841.53 | 3,551.11 | 3,353.91 | 1,345.97 | 622.05 | .00 | **1,056.29 |

JAMES D. MORRISSEY, INC.
9119 FRANKFORD AVENUE
PHILADELPHIA, PA 19114

M & T Bank

60-295
313

**CHECK DATE**
08/28/2020

**CHECK NO**
3

**CHECK AMOUNT**

PAY       *******VOID CHECK*******    *******VOID CHECK*******

*******VOID CHECK*******

TO        DAWN E WEIMAR   5050
THE       724 WOOD ST.
ORDER     BRISTOL, PA 19007
OF



| CO. | DIV. | CREW. | EMPL. NO. | EMPLOYEE NAME | TRADE | PERIOD END DATE | DEPT./LAST JOB | CHECK NO. |
|---|---|---|---|---|---|---|---|---|
| 1 | 0 | 5 | | DAWN E WEIMAR | TEAMSTER | 08/23/2020 | | |

| EARNINGS ||||  DEDUCTIONS/BENEFITS |||
|---|---|---|---|---|---|---|
| DESCRIPTION | HOURS | RATE | AMOUNT | DESCRIPTION | AMOUNT | Y.T.D. AMOUNT |
| REGULAR HOURS | 40.00 | 31.283 | 1,251.30 | PA ST INCOME TX | 38.42 | 1,305.24 |
| | | | | TOWNSHIP | 12.51 | 360.94 |
| | | | | SUTA BURDEN PA | .75 | 25.49 |
| | | | | DD-CK-KEYSTONE* | 998.75 | 33,120.47 |

| | | | | | | | NET PAY |
|---|---|---|---|---|---|---|---|
| CURRENT | 1,251.30 | 105.15 | 95.72 | 38.42 | 13.26 | 252.55 | |
| Y.T.D. | 42,514.73 | 3,436.90 | 3,252.41 | 1,305.24 | 607.98 | .00 | **998.75 |
| | GROSS EARNINGS | FEDERAL WITH. TAX | F.I.C.A. | STATE TAXES | LOCAL TAXES | TOTAL TAXES/DED. | |

---

JAMES D. MORRISSEY, INC.
9119 FRANKFORD AVENUE
PHILADELPHIA, PA 19114

M & T Bank

60-295
313

**CHECK DATE**
08/28/2020

**CHECK NO**

**CHECK AMOUNT**

PAY    *******VOID CHECK*******   *******VOID CHECK*******

*******VOID CHECK*******

TO THE ORDER OF    DAWN E WEIMAR   5050
724 WOOD ST.
BRISTOL, PA 19007

