Certificate Number: 05781-PAE-DE-035050649

Bankruptcy Case Number: 20-13637



05781-PAE-DE-035050649

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on <u>November 3, 2020</u>, at <u>3:15</u> o'clock <u>PM PST</u>, <u>Dawn Weimar</u> completed a course on personal financial management given <u>by internet</u> by <u>Sage Personal Finance</u>, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the <u>Eastern District of Pennsylvania</u>.

Date:   <u>November 3, 2020</u>          By:     <u>/s/Allison M Geving</u>

                                        Name:   <u>Allison M Geving</u>

                                        Title:  <u>President</u>