**Fill in this information to identify your case:**

Debtor 1  __Dawn__   __Elizabeth__   __Weimar__
              First Name      Middle Name       Last Name

Debtor 2  _____
(Spouse, if filing) First Name    Middle Name    Last Name

United States Bankruptcy Court for the: __Eastern__ District of __Pennsylvania__

Case number  __20-13637-MDC__
(If known)

Amend Schedules I, J Dated 12/21/201

☑ Check if this is an amended filing

Official Form 106Dec

# Declaration About an Individual Debtor's Schedules

12/15

If two married people are filing together, both are equally responsible for supplying correct information.

You must file this form whenever you file bankruptcy schedules or amended schedules. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Sign Below**

Did you pay or agree to pay someone who is NOT an attorney to help you fill out bankruptcy forms?

☑ No
☐ Yes. Name of person _____. Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

Under penalty of perjury, I declare that I have read the summary and schedules filed with this declaration and that they are true and correct.

✘ /s/ Dawn Elizabeth Weimar                    ✘ [signature]
Signature of Debtor 1                            Signature of Debtor 2

Date __12/21/2020__                              Date _____
       MM / DD / YYYY                                   MM / DD / YYYY

pdf