IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | : CHAPTER NO. 13 |
| | : |
| | : CASE NO. 20-13637-MDC |
| DAWN ELIZABETH WEIMAR, | : |
| DEBTOR, | : |
| | : |
| PENNSYLVANIA DEPARTMENT | : HEARING DATE AND TIME |
| OF REVENUE, | : January 14, 2021 @ 9:30 A.M. |
| | : |
| MOVANT, | : |
| | : |
| V. | : |
| | : |
| DAWN ELIZABETH WEIMAR, | : |
| | : |
| RESPONDENT, | : RELATED TO DOCKET NO. 46 |

<u>CERTIFICATE OF SERVICE FOR THE PENNSYLVANIA DEPARTMENT
OF REVENUE'S OBJECTION TO DEBTOR'S PROPOSED
CHAPTER 13 PLAN</u>

I, Jonathan W. Chatham, certify under penalty of perjury that I served the above captioned pleading Objection to Debtor's Chapter 13 Plan, on the parties at the below addresses, on January 7, 2021 by:

**20-13637-MDC Notice will be electronically mailed to:**

JONATHAN WILKES CHATHAM on behalf of Creditor PA Dept of Revenue
RA-occbankruptcy7@pa.gov

JEFFERY A. FOURNIER on behalf of Debtor Dawn Elizabeth Weimar
jefffournier@verizon.net

WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq. on behalf of Trustee WILLIAM C. MILLER, Esq.
ecfemails@ph13trustee.com, philaecf@gmail.com

REBECCA ANN SOLARZ on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER
bkgroup@kmllawgroup.com

United States Trustee
USTPRegion03.PH.ECF@usdoj.gov

**20-13637-MDC Notice will not be electronically mailed to:**

Date Executed: January 7, 2021                    Respectfully submitted,


/s/ Jonathan W. Chatham
Jonathan W. Chatham
Deputy Chief Counsel
PA Department of Revenue
Office of Chief Counsel
P.O. Box 281061
Harrisburg, PA 17128-1061
PA I.D. # 209683
Phone: 717-783-3673
Facsimile: 717-772-1459