United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 20-13637-mdc

Dawn Elizabeth Weimar     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 2

Date Rcvd: Apr 01, 2021     Form ID: pdf900     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol   Definition**

\+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 03, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dawn Elizabeth Weimar, 724 Wood Street, Bristol, PA 19007-5210 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 03, 2021     Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 1, 2021 at the address(es) listed below:

**Name   Email Address**

JEFFERY A. FOURNIER
   on behalf of Debtor Dawn Elizabeth Weimar jefffournier@verizon.net

JONATHAN WILKES CHATHAM
   on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov

REBECCA ANN SOLARZ
   on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com

United States Trustee
   USTPRegion03.PH.ECF@usdoj.gov

WILLIAM C. MILLER, Esq.
   on behalf of Trustee WILLIAM C. MILLER Esq. ecfemails@ph13trustee.com, philaecf@gmail.com

WILLIAM C. MILLER, Esq.
   ecfemails@ph13trustee.com philaecf@gmail.com

District/off: 0313-2 User: admin Page 2 of 2
Date Rcvd: Apr 01, 2021 Form ID: pdf900 Total Noticed: 1
TOTAL: 6

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dawn Elizabeth Weimar dba Wolf Hauling LLC<br>      Debtor | CHAPTER 13 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper<br>      Movant<br>  vs. | NO. 20-13637 MDC |
| Dawn Elizabeth Weimar dba Wolf Hauling LLC<br>      Debtor<br>William C. Miller, Esquire<br>      Trustee | 11 U.S.C. Section 362 |

## **STIPULATION**

AND NOW, it is hereby stipulated and agreed by and between the undersigned as follows:

1. The post-petition arrearage on the mortgage held by the Movant on the Debtor's residence, 724 Wood Street, Bristol, PA 19007 (hereinafter referred to as "the Property") is **$4,226.77,** which breaks down as follows;

| | |
|---|---|
| Post-Petition Payments: | December 2020 to January 2021 at $1,059.95 |
| | February 2021 to March 2021 at $1,062.86 |
| Suspense Balance: | ($1,049.85) |
| Fees & Costs Relating to Motion: | $1,031.00 |
| **Total Post-Petition Arrears** | **$4,226.77** |

2. The Debtor(s) shall cure said arrearages in the following manner:

  a) Debtor shall list the Property for sale with a real estate agent on or before April 1, 2021.

  b) Debtor shall pay Movant's claim in full, subject to a proper payoff quote at the time of closing, through the sale of the Property on or before August 15, 2021.

  c) Beginning on April 1, 2021, Debtor shall resume and maintain regular monthly post-petition payments to Movant pending the sale of the Property.

3.  Should debtor(s) provide sufficient proof of payments (front & back copies of cancelled checks and/or money orders) made, but not credited, Movant shall adjust the account accordingly.

4.  In the event the payments under Section 2(c) above are not tendered pursuant to the terms of this stipulation, the Movant shall notify Debtor(s) and Debtor's attorney of the default in writing and the Debtors may cure said default within FIFTEEN (15) days of the date of said notice. If Debtor(s) should fail to cure the default within fifteen (15) days, the Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

5.  In the event the events under Section 2(a) and/or 2(b) do not occur within the agreed upon deadline, Movant may file a Certification of Default with the Court and the Court shall enter an Order granting the Movant relief from the automatic stay.

6.  The stay provided by Bankruptcy Rule 4001(a)(3) is waived.

7.  If the case is converted to Chapter 7, the Movant shall file a Certification of Default with the court and the court shall enter an order granting the Movant relief from the automatic stay.

8.  If the instant bankruptcy is terminated by either dismissal or discharge, this agreement shall be null and void, and is not binding upon the parties.

9.  The provisions of this stipulation do not constitute a waiver by the Movant of its right to seek reimbursement of any amounts not included in this stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

10. The parties agree that a facsimile signature shall be considered an original signature.

Date:   March 16, 2021              By: /s/ Rebecca A. Solarz, Esquire
                                    Attorney for Movant

Date: March 30, 2021

                                    Jeffery A. Fournier
                                    Attorney for Debtor

No Objection

Date: March 30, 2021

/s/ LeeAne O Huggins

William C. Miller, Esquire
Chapter 13 Trustee

Approved by the Court this  31st  day of _____March_____, 2021. However, the court retains discretion regarding entry of any further order.

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge