United States Bankruptcy Court

Eastern District of Pennsylvania

In re:  
Dawn Elizabeth Weimar  
    Debtor

Case No. 20-13637-mdc  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: admin      Page 1 of 3  
Date Rcvd: May 13, 2021      Form ID: 155      Total Noticed: 37

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 15, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dawn Elizabeth Weimar, 724 Wood Street, Bristol, PA 19007-5210 |
| 14536387 | | AT & T Services Inc., One AY & T Way, Suite 3A104, Bedminster, NJ 07921 |
| 14536379 | + | Borough of Bristol, 250 Pond Street, Bristol, PA 19007-4937 |
| 14536390 | + | Bristol Borough Water & Sewer Authority, 250 Pond Street, Bristol, PA 19007-4937 |
| 14536386 | + | Capital One / Walmart, P. O. Box 71087, Charlotte, NC 28272-1087 |
| 14536391 | + | Fortiva Credit Card, P. O. Box 650847, Dallas, TX 75265-0847 |
| 14536381 | + | KML Law Group, Kevin G. McDonald, Esquire, 701 Market Street, Suite 500, Philadelphia, PA 19106-1541 |
| 14536377 | + | Linear Mortgage LLC, P. O. Box 2420, Sarasota, FL 34230-2420 |
| 14538584 | + | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14536376 | + | Nationstar Mortgage LLC, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 14548537 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14538183 | + | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14536380 | + | PA Dept. of Labor & Industry, 1171 S. Cameron Street, Harrisburg, PA 17104-2510 |
| 14536383 | + | Target Card Services, P. O. Box 660170, Dallas, TX 75266-0170 |
| 14560103 | + | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 14536382 | | William J. Salerno, Esquire220 Radcliffe Street, Bristol, PA 19007 |

TOTAL: 16

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14536392 | + | Email/PDF: AIS.cocard.ebn@americaninfosource.com | May 14 2021 01:21:31 | Capital One, P. O. Box 71083, Charlotte, NC 28272-1083 |
| 14550289 | + | Email/PDF: EBN_AIS@AMERICANINFOSOURCE.COM | May 14 2021 01:21:36 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14536399 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 14 2021 01:39:00 | Comenity - Victorias Secret, P. O. Box 659728, San Antonio, TX 78265-9728 |
| 14536393 | + | Email/PDF: creditonebknotifications@resurgent.com | May 14 2021 01:24:05 | Credit One Bank, P. O. Box 60500, City of Industry, CA 91716-0500 |
| 14536397 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 14 2021 01:24:10 | Macys, P. O. Box 78008, Phoenix, AZ 85062 |
| 14559917 | | Email/Text: bnc-quantum@quantum3group.com | May 14 2021 01:39:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14536396 | + | Email/Text: mrdiscen@discover.com | May 14 2021 01:39:00 | Discover, P. O. Box 6103, Carol Stream, IL 60197-6103 |
| 14550806 | | Email/Text: mrdiscen@discover.com | May 14 2021 01:39:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14565378 | + | Email/Text: mstover@gercls.com | May 14 2021 01:40:00 | Great Eastern Resort Corporation, P O Box 6006, Charlottesville, VA 22906-6006 |
| 14536400 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | May 14 2021 01:39:00 | Internal Revenue Service, 600 Arch Street, Philadelphia, PA 19106-1695 |

Case 20-13637-mdc    Doc 75    Filed 05/15/21    Entered 05/16/21 00:45:00    Desc Imaged
Certificate of Notice    Page 2 of 4

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: May 13, 2021 | Form ID: 155 | Total Noticed: 37 |

| Recip ID | | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| 14550472 | | Email/PDF: resurgentbknotifications@resurgent.com | May 14 2021 01:21:34 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14536385 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | May 14 2021 01:21:32 | Merrick Bank / Visa, P. O. Box 660702, Dallas, TX 75266-0702 |
| 14545408 | + | Email/PDF: cbp@onemainfinancial.com | May 14 2021 01:24:03 | ONE MAIN, PO BOX 3251, EVANSVILLE IN 47731-3251 |
| 14536378 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 14 2021 01:39:00 | PA Dept. of Revenue, Dept. 280948, Harrisburg, PA 17128-0001 |
| 14561996 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 14 2021 01:24:05 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14555060 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 14 2021 01:39:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14536401 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 14 2021 01:39:00 | Pennsylvania Dept. of Revenue, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14536388 | + | Email/PDF: gecsedi@recoverycorp.com | May 14 2021 01:21:29 | Sams Club / Synchrony Bank, P.. O Box 530942, Atlanta, GA 30353-0942 |
| 14560821 | + | Email/PDF: gecsedi@recoverycorp.com | May 14 2021 01:21:29 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14536384 | + | Email/PDF: gecsedi@recoverycorp.com | May 14 2021 01:18:50 | Synchrony Bank / JC Penney, P. O. Box 960090, Orlando, FL 32896-0090 |
| 14536389 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | May 14 2021 01:39:00 | Verizon, P. O. Box 15124, Albany, NY 12212-5124 |

TOTAL: 21

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14536395 | *+ | Merrick Bank / Visa, P. O. Box 660702, Dallas, TX 75266-0702 |
| 14536394 | *+ | Synchrony Bank/JC Penney, P. O. Box 960090, Orlando, FL 32896-0090 |
| 14536398 | *+ | Target Card Services, P. O. Box 660170, Dallas, TX 75266-0170 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 15, 2021        Signature:        /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 13, 2021 at the address(es) listed below:

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 13, 2021 | Form ID: 155 | Total Noticed: 37 |

| Name | Email Address |
|---|---|
| JEFFERY A. FOURNIER | on behalf of Debtor Dawn Elizabeth Weimar jefffournier@verizon.net |
| JONATHAN WILKES CHATHAM | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov |
| REBECCA ANN SOLARZ | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | ecfemails@ph13trustee.com  philaecf@gmail.com |

TOTAL: 6

*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

_____

In Re: Dawn Elizabeth Weimar
      Debtor(s)                                Chapter: 13

                              Bankruptcy No: 20−13637−mdc

_____

### *ORDER CONFIRMING PLAN UNDER CHAPTER 13*

    AND NOW, this May 13, 2021 upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    A. a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    B. the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    C. any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

WHEREFORE, it is ORDERED that the plan is CONFIRMED.

                                                 Magdeline D. Coleman
                                                 Chief Judge ,
                                                 United States Bankruptcy Court

                                                                            72 − 32
                                                                          Form 155