UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

Dawn Elizabeth Weimar

Debtors

: Chapter 13
:
:
:
:
: Bankruptcy No. 20-13637-MDC
:
: Application for Compensation
: of Attorney Fees for Services
: Rendered from 04/28/2020 to 05/13/2021

## CERTIFICATION OF NO RESPONSE TO
## APPLICATION FOR COMPENSATION OF ATTORNEY FEES

I, Jeffery A. Fournier, Esquire, attorney for Debtors, hereby certifies the following:

1. That an Application for Compensation of Attorney Fees was filed on May 13, 2021.

2. Notice was served upon all creditors and interested parties on May 13, 2021.

3. More than twenty (20) days have lapsed and there has been no response by creditors or interested parties.

4. Neither an objection to the proposed compensation nor an application for administrative fees has been filed.

**WHEREFORE**, I respectfully request that the Application for Compensation of Attorney Fees be approved.

/s/ Jeffery A. Fournier, Esquire
Jeffery A. Fournier, Esquire
Attorney for Debtor