UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re: : Chapter 13

    Dawn Elizabeth Weimar :

                Debtors : Bankruptcy No. 20-13637-MDC

: Application for Compensation
: of Attorney Fees for Services
: Rendered from 04/28/2020 - 05/13/2021

**AFFIDAVIT**

Debtors, Dawn E. Weimar, received and reviewed the Amended Application for Compensation of Attorney Fees filed with the Court on May 13, 2021. After review of the Fee Application, we have no objection to the attorney fees and costs requested by Jeffery A. Fournier, Esquire.

Date: 6-18-21

                                                     Dawn Elizabeth Weimar