# UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re: Dawn Elizabeth Weimar | : Chapter 13 |
| | : |
| Nationstar Mortgage LLC   d/b/a | : |
| Mr Cooper | : |
| -v- | : |
| -v- | : Bankruptcy No. 20-13637-MDC |
| Dawn Elizabeth Weimar and | : |
| William C. Miller, Trustee | : Objection to Certification of Default |
| | : |
| | : |

## OBJECTION TO CERTIFICATION OF DEFAULT

AND NOW COMES, Dawn E. Weimar through her attorney Jeffery A. Fournier, Esquire files this Objection to Certification of Default, and in support of this objection alleges the following:

1)  Debtor denies receiving a fifteen (15) day notice of default as required in the stipulation entered into with movant.

2)  Debtor is making monthly mortgage payment of $1,031.00/month in accordance with the stipulation and is current with post stipulation payments;

3)  The subject property is actively listed for sale for $190,000.00 in accordance with the stipulation.

WHEREFORE, Debtor respectfully request that the certificate of default be denied and stricken from the docket.

Dated: 07/09/2021                               /s/ Jeffery A. Fournier, Esquire, Applicant
                                                        Jeffery A Fournier, Esquire
                                                        2480-B Durham Road
                                                        Bristol, PA  19007
                                                        (215) 943-1873

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| In Re: Dawn Elizabeth Weimar | : | **Chapter 13** |
| | : | |
| **Nationstar Mortgage LLC   d/b/a** | : | |
| **Mr Cooper** | : | |
| -v- | : | |
| -v- | : | **Bankruptcy No. 20-13637-MDC** |
| **Dawn Elizabeth Weimar and** | : | |
| **William C. Miller, Trustee** | : | **Objection to Certification of Default** |
| | : | |
| | : | |

## VERIFICATION

I, verify that the statements made in the foregoing document are true and correct to the best of my knowledge, information and belief.  I understand that false statements herein are made subject to the penalties of 18 PA C.S. Section 4904, relating to unsworn falsification to authorities.


/s/ Dawn E. Weimar

Dawn E. Weimar