*UNITED STATES BANKRUPTCY COURT*
*EASTERN DISTRICT OF PENNSYLVANIA*

In Re: Dawn Elizabeth Weimar
    Debtor(s)

Case No: 20–13637–mdc
Chapter: 13

**NOTICE OF HEARING**

To the debtor, the debtor's counsel, and any party in interest:

NOTICE is hereby given that a hearing will be held before the Honorable Magdeline D. Coleman , United States Bankruptcy Judge to consider:

Certification of Default of RE: 724 Wood Street, Bristol, PA, 19007 Filed by REBECCA ANN SOLARZ on behalf of NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER

on: 8/10/21

at: 10:30 AM

in: Courtroom #2, 900 Market Street, Philadelphia, PA 19107

For The Court

Date: 7/12/21

Timothy B. McGrath
Clerk of Court