UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In Re:

    Dawn Elizabeth Weimar

                Debtors

: Chapter 13
:
:
:
: Bankruptcy No. 20-13637-MDC
:
: Application for Compensation
: of Attorney Fees for Services
: Rendered from 04/28/2020 to 05/13/2021

## ORDER TO APPROVE COMPENSATION
## OF ATTORNEY FEES

AND NOW, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby ORDERED that:

1. The Application is GRANTED.

2. Compensation is ALLOWED in favor of the Applicant in the amount of $7,174.10 and reimbursement of expenses of $325.90.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less $1,600.00 which was paid by the Debtor(s) pre-petition, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

By the Court,

Date: July 13, 2021

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge