United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 20-13637-mdc

Dawn Elizabeth Weimar                                                          Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2                 User: admin                          Page 1 of 2

Date Rcvd: Jul 13, 2021            Form ID: pdf900                  Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 15, 2021:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Dawn Elizabeth Weimar, 724 Wood Street, Bristol, PA 19007-5210 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, \*duplicate of an address listed above, \*P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jul 15, 2021               Signature:        /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 13, 2021 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| JEFFERY A. FOURNIER | |
| | on behalf of Debtor Dawn Elizabeth Weimar jefffournier@verizon.net |
| JONATHAN WILKES CHATHAM | |
| | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov |
| REBECCA ANN SOLARZ | |
| | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com |
| United States Trustee | |
| | USTPRegion03.PH.ECF@usdoj.gov |
| WILLIAM C. MILLER, Esq. | |
| | on behalf of Trustee WILLIAM C. MILLER  Esq. ecfemails@ph13trustee.com, philaecf@gmail.com |
| WILLIAM C. MILLER, Esq. | |
| | ecfemails@ph13trustee.com  philaecf@gmail.com |

District/off: 0313-2                                    User: admin                                    Page 2 of 2
Date Rcvd: Jul 13, 2021                              Form ID: pdf900                              Total Noticed: 1
TOTAL: 6

## UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |
|---|---|
| | **:  Chapter 13** |
| **In Re:** | **:** |
| **Dawn Elizabeth Weimar** | **:** |
| | **:** |
| **Debtors** | **:  Bankruptcy No. 20-13637-MDC** |
| | **:** |
| | **:  Application for Compensation** |
| | **:  of Attorney Fees for Services** |
| | **:  Rendered from 04/28/2020 to 05/13/2021** |

## ORDER TO APPROVE COMPENSATION
## OF ATTORNEY FEES

AND NOW, upon consideration of the Application for Compensation ("the Application") filed by the Debtor(s)' counsel ("the Applicant") and upon the Applicant's certification that proper service has been made on all interested parties and upon the Applicant's certification of no response,

It is hereby ORDERED that:

1. The Application is GRANTED.

2. Compensation is ALLOWED in favor of the Applicant in the amount of $7,174.10 and reimbursement of expenses of $325.90.

3. The Chapter 13 Trustee is authorized to distribute to the Applicant as an administrative expense pursuant to 11 U.S.C. §1326(b), 11 U.S.C. §507, 11 U.S.C. §503(b) and 11 U.S.C. §330(a)(4)(B), the allowed compensation set forth in ¶2 less $1,600.00 which was paid by the Debtor(s) pre-petition, to the extent such distribution is authorized under the terms of the confirmed chapter 13 plan.

By the Court,

Date:  July 13, 2021

_Magdeline D. Coleman_

Magdeline D. Coleman
Chief U.S. Bankruptcy Judge