## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Dawn Elizabeth Weimar dba Wolf Hauling LLC<br>            Debtor | CHAPTER 13 |
| Nationstar Mortgage LLC d/b/a Mr. Cooper, its successors and/or assigns<br>            Movant<br>    vs. | NO. 20-13637 MDC |
| Dawn Elizabeth Weimar dba Wolf Hauling LLC<br>            Debtor | |
| William C. Miller, Esquire<br>            Trustee | 11 U.S.C. Section 362 |

### PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Certification of Default of Nationstar Mortgage LLC d/b/a Mr. Cooper, which was filed with the Court on or about July 7, 2021 (Doc. No. 80).

        Respectfully submitted,

        /s/ Rebecca A. Solarz, Esquire
        _____

        Rebecca A. Solarz, Esquire
        KML Law Group, P.C.
        BNY Mellon Independence Center
        701 Market Street, Suite 5000
        Philadelphia, PA  19106
        Phone: (215)-627-1322

Dated:    August 23, 2021