United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 20-13637-mdc

Dawn Elizabeth Weimar     Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2     User: admin     Page 1 of 3

Date Rcvd: Oct 17, 2023     Form ID: pdf900     Total Noticed: 40

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| # | Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Dawn Elizabeth Weimar, 724 Wood Street, Bristol, PA 19007-5210 |
| 14536387 | | AT & T Services Inc., One AY & T Way, Suite 3A104, Bedminster, NJ 07921 |
| 14536379 | + | Borough of Bristol, 250 Pond Street, Bristol, PA 19007-4937 |
| 14536390 | + | Bristol Borough Water & Sewer Authority, 250 Pond Street, Bristol, PA 19007-4937 |
| 14607553 | + | Jeffery A. Fournier, Esquire, 2480-B Durham Rd., Bristol, PA 19007-6902 |
| 14536377 | + | Linear Mortgage LLC, P. O. Box 2420, Sarasota, FL 34230-2420 |
| 14538584 | + | NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER, C/O REBECCA ANN SOLARZ, KML Law Group, P.C., 701 Market Street, Suite 5000 Philadelphia, PA 19106-1541 |
| 14536380 | #+ | PA Dept. of Labor & Industry, 1171 S. Cameron Street, Harrisburg, PA 17104-2510 |
| 14536382 | | William J. Salerno, Esquire220 Radcliffe Street, Bristol, PA 19007 |

TOTAL: 9

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Oct 18 2023 00:15:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| cr | + | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 18 2023 00:20:24 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| 14536392 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 18 2023 00:20:41 | Capital One, P. O. Box 71083, Charlotte, NC 28272-1083 |
| 14536386 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 18 2023 00:20:24 | Capital One / Walmart, P. O. Box 71087, Charlotte, NC 28272-1087 |
| 14550289 | + | Email/PDF: ebn_ais@aisinfo.com | Oct 18 2023 00:20:42 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 14536399 | | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 18 2023 00:15:00 | Comenity - Victorias Secret, P. O. Box 659728, San Antonio, TX 78265 |
| 14536393 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 18 2023 00:20:25 | Credit One Bank, P. O. Box 60500, City of Industry, CA 91716-0500 |
| 14536397 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Oct 18 2023 00:20:35 | Macys, P. O. Box 78008, Phoenix, AZ 85062 |
| 14559917 | | Email/Text: bnc-quantum@quantum3group.com | Oct 18 2023 00:15:00 | Department Stores National Bank, c/o Quantum3 Group LLC, PO Box 657, Kirkland, WA 98083-0657 |
| 14536396 | + | Email/Text: mrdiscen@discover.com | Oct 18 2023 00:15:00 | Discover, P. O. Box 6103, Carol Stream, IL 60197-6103 |
| 14550806 | | Email/Text: mrdiscen@discover.com | | |

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Oct 17, 2023 | Form ID: pdf900 | Total Noticed: 40 |

| ID | Flag | Delivery Method | Date/Time | Recipient |
|---|---|---|---|---|
| | | | Oct 18 2023 00:15:00 | Discover Bank, Discover Products Inc, PO Box 3025, New Albany, OH 43054-3025 |
| 14536391 | ^ | MEBN | Oct 18 2023 00:12:13 | Fortiva Credit Card, P. O. Box 650847, Dallas, TX 75265-0847 |
| 14565378 | + | Email/Text: mstover@gercls.com | Oct 18 2023 00:15:00 | Great Eastern Resort Corporation, P O Box 6006, Charlottesville, VA 22906-6006 |
| 14536400 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 18 2023 00:15:00 | Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 14536381 | ^ | MEBN | Oct 18 2023 00:12:15 | KML Law Group, Kevin G. McDonald, Esquire, 701 Market Street, Suite 500, Philadelphia, PA 19106-1541 |
| 14550472 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 18 2023 00:20:24 | LVNV Funding, LLC c/o Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14536385 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 18 2023 00:20:43 | Merrick Bank / Visa, P. O. Box 660702, Dallas, TX 75266-0702 |
| 14536376 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 18 2023 00:15:00 | Nationstar Mortgage LLC, 8950 Cypress Waters Blvd., Coppell, TX 75019-4620 |
| 14538183 | ^ | MEBN | Oct 18 2023 00:12:15 | Nationstar Mortgage LLC d/b/a Mr. Cooper, C/O KML Law Group, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14548537 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 18 2023 00:15:00 | Nationstar Mortgage LLC d/b/a Mr. Cooper, P.O. Box 619096, Dallas, TX 75261-9096 |
| 14545408 | + | Email/PDF: cbp@omf.com | Oct 18 2023 00:20:42 | ONE MAIN, PO BOX 3251, EVANSVILLE IN 47731-3251 |
| 14536378 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 18 2023 00:15:00 | PA Dept. of Revenue, Dept. 280948, Harrisburg, PA 17128-0001 |
| 14561996 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 18 2023 00:20:24 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14555060 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 18 2023 00:15:00 | Pennsylvania Department of Revenue, Bankruptcy Division PO Box 280946, Harrisburg PA 17128-0946 |
| 14536401 | + | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 18 2023 00:15:00 | Pennsylvania Dept. of Revenue, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14536388 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 18 2023 00:20:24 | Sams Club / Synchrony Bank, P.. O Box 530942, Atlanta, GA 30353-0942 |
| 14560821 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 18 2023 00:20:34 | Synchrony Bank, c/o PRA Receivables Management, LLC, PO Box 41021, Norfolk VA 23541-1021 |
| 14536384 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 18 2023 00:20:42 | Synchrony Bank / JC Penney, P. O. Box 960090, Orlando, FL 32896-0090 |
| 14536383 | + | Email/Text: bncmail@w-legal.com | Oct 18 2023 00:15:00 | Target Card Services, P. O. Box 660170, Dallas, TX 75266-0170 |
| 14560103 | + | Email/Text: Atlanticus@ebn.phinsolutions.com | Oct 18 2023 00:15:00 | The Bank of Missouri, PO Box 105555, Atlanta, GA 30348-5555 |
| 14536389 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Oct 18 2023 00:15:00 | Verizon, P. O. Box 15124, Albany, NY 12212-5124 |

TOTAL: 31

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| smg | * | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14536395 | *+ | Merrick Bank / Visa, P. O. Box 660702, Dallas, TX 75266-0702 |
| 14733890 | *P++ | PORTFOLIO RECOVERY ASSOCIATES LLC, PO BOX 41067, NORFOLK VA 23541-1067, address filed with court:, Portfolio Recovery Associates, LLC, POB 41067, Norfolk, VA 23541 |
| 14536394 | *+ | Synchrony Bank/JC Penney, P. O. Box 960090, Orlando, FL 32896-0090 |
| 14536398 | *+ | Target Card Services, P. O. Box 660170, Dallas, TX 75266-0170 |

TOTAL: 0 Undeliverable, 5 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 19, 2023                    Signature:         /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bnicholas@kmllawgroup.com bkgroup@kmllawgroup.com |
| DENISE ELIZABETH CARLON | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER bkgroup@kmllawgroup.com |
| JEFFERY A. FOURNIER | on behalf of Debtor Dawn Elizabeth Weimar jefffournier@verizon.net |
| JONATHAN WILKES CHATHAM | on behalf of Creditor PA Dept of Revenue RA-occbankruptcy7@pa.gov |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| KENNETH E. WEST | on behalf of Trustee KENNETH E. WEST ecfemails@ph13trustee.com philaecf@gmail.com |
| MICHAEL PATRICK FARRINGTON | on behalf of Creditor NATIONSTAR MORTGAGE LLC D/B/A MR. COOPER mfarrington@kmllawgroup.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 8

UNITED STATES BANKRUPTCY COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: | Chapter 13 |
| DAWN ELIZABETH WEIMAR | |
| Debtor | Bankruptcy No. 20-13637-MDC |

# O R D E R

**AND NOW**, upon consideration of the Motion to Dismiss Case filed by Kenneth E. West, Standing Trustee, and after notice and hearing, it is hereby **ORDERED** that this case is **DISMISSED** and that any wage orders previously entered are **VACATED**.

**IT IS FURTHER ORDERED** if the case has been confirmed <u>and</u> the Trustee is holding funds, any undisbursed funds held by the Chapter 13 Trustee from payments made on account of the Debtor(s)' plan shall be refunded to the Debtor(s) unless a party in interest files a Motion for Alternative Disbursement within 21 days of the entry of this Order.

Date 10/12/23

_____
Chief Honorable Magdeline D. Coleman
Bankruptcy Judge