**Fill in this information to identify the case:**

Debtor 1    Dawn Elizabeth Weimar dba Wolf Hauling LLC

Debtor 2

United States Bankruptcy Court for the EASTERN District of Pennsylvania

Case number   20-13637 MDC

Official Form 410S1

# Notice of Mortgage Payment Change                     12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Nationstar Mortgage LLC d/b/a Mr. Cooper        **Court claim no.** (if known): 2

**Last 4 digits** of any number you use to identify the debtor's account: 9020

**Date of payment change:**
Must be at least 21 days after date of this notice         02/01/2022

**New total payment:** $1073.84
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☒ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $455.85          New escrow payment: $466.83

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☒ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____%          New interest rate: _____%

   Current principal and interest payment: $_____   New principal and interest payment: $_____

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☒ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
   (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $_____          New mortgage payment: $_____

Official Form 410S1                  Notice of Mortgage Payment Change                  page 1

Document ID: cfbf6251d96cec3a93dc1abf3b7ebd8daf6e4f7db07f8d8301091dcc58305282

Debtor(s)   <u>Dawn        Elizabeth      Weimar</u>            Case number (*if known*)  20-13637 MDC
            First Name   Middle Name    Last Name

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✘ /s/ *Rebecca Solarz*                                           Date   11/29/2021
   Signature
**Print:** Rebecca Solarz
       29 Nov 2021, 10:29:05, EST

Title   <u>Attorney for Creditor</u>

Company   <u>KML Law Group, P.C.</u>

Address   <u>701        Market Street, Suite 5000</u>
          Number      Street
          Philadelphia,                            PA     19106
          City                                     State  ZIP Code

Contact phone   (215) 627–1322            Email  <u>bkgroup@kmllawgroup.com</u>

---