## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Dawn Elizabeth Weimar dba Wolf Hauling LLC | BK NO. 20-13637 MDC |
| Debtor(s) | Chapter 13 |
| Nationstar Mortgage LLC | Related to Claim No. 2 |
| Movant | |
| vs. | |
| Dawn Elizabeth Weimar dba Wolf Hauling LLC | |
| Debtor(s) | |
| Kenneth E. West Esq., | |
| Trustee | |

### CERTIFICATE OF SERVICE
### NOTICE OF MORTGAGE PAYMENT CHANGE

I, Michael P. Farrington of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on March 22, 2023, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Dawn Elizabeth Weimar dba Wolf Hauling LLC
724 Wood Street
Bristol, PA 19007

Attorney for Debtor(s)
JEFFERY A. FOURNIER
2480-B Durham Road
Bristol, PA 19007

Trustee
Kenneth E. West Esq.
Office of the Chapter 13 Standing Trustee (VIA ECF)
1234 Market Street - Suite 1813
Philadelphia, PA 19107

Method of Service:  electronic means or first class mail

Dated: March 22, 2023

/s/Michael P. Farrington Esq.
Michael P. Farrington Esq.
Attorney I.D. 329636
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
(215) 825-6488
mfarrington@kmllawgroup.com